# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | |
|---|---|
| BRIAN D. CASEY, SR., | ) |
| Petitioner, | ) |
| v. | ) Case No. 6:23-cv-00950-ACA-SGC |
| STATE OF ALABAMA, *et al.*, | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On October 17, 2023, the magistrate judge entered a report recommending that this court dismiss Petitioner Brian D. Casey, Sr.'s 28 U.S.C. § 2241 petition for writ of habeas corpus based on his failure to prosecute the case. (Doc. 9). The U.S. Postal Service has returned as undeliverable the copy of the report and recommendation mailed to Mr. Casey, confirming the magistrate judge's suspicion that he failed to provide the court with his new address. (Doc. 10).

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **WILL DISMISS** this case **WITHOUT PREJUDICE** for failure to prosecute. Fed. R. Civ. P. 41(b). To the extent a ruling on a certificate of appealability is required here, the court **WILL DENY** one.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this November 8, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE